Case 3:05-cv-02669-MHP   Document 23   Filed 07/26/05   Page 1 of 3
JUL. 20. 2005 10:48 AM  BINGHAM MCCUTCHEN - SF  4155437861                NO. 9023  P. 5/19
Case 3:05-cv-02669-MHP   Document 15   Filed 07/20/2005   Page 1 of 3

**FILED**

JUL 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | DAVID E. LIPTON and DANA F.           | No. C-05-2669
   | THIBEDEAU, individually and on behalf of all |
13 | others similarly situated,             | STIPULATION AND [PROPOSED]
   |                                        | ORDER TO CONTINUE FILING DATE
14 |            Plaintiffs,                 | FOR DEFENDANT'S RESPONSE TO
   |      v.                                | PLAINTIFFS' COMPLAINT
15 |                                        |
   | INTEL CORPORATION, a Delaware          |
16 | corporation,                           |
   |                                        |
17 |            Defendant.                  |

18

19        IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20 COUNSEL AS FOLLOWS:

21        Pursuant to Civil Local Rule 6-2, Plaintiffs David E. Lipton and Dana F.

22 Thibedeau and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to

23 Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

24 pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

25 1407 or, in the alternative, 45 days after any such motion has been denied. The parties request

26 this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D.

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627215.1

Case 3:05-cv-02669-MHP   Document 23   Filed 07/26/05   Page 2 of 3
JUL. 20. 2005 10:49AM FROM-BINGHAM MCCUTCHEN - SF  4155432861          NO. 9623   P. 6/19
Case 3:05-cv-02669-MHP   Document 15   Filed 07/20/2005   Page 2 of 3

1  Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-
2  trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified as a
3  related action to that petition. As a result the outcome of the pending petition will impact
4  significantly the schedule of this case.
5       This is the first stipulation between the parties. Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED: July /7, 2005
8
9                            Bingham McCutchen LLP
10
11
12                           By: _____
                              JOY K. FUYUNO
                            Attorneys for Defendant
13                             Intel Corporation
14
15
16                           Law Offices of Jeffrey F. Keller
17
18                           By: _____
19                             JEFFREY F. KELLER
                            Attorneys for Plaintiffs
20                           David E. Lipton and Dana F. Thiebedeau
21
22
23
24
25
26

Case 3:05-cv-02669-MHP   Document 23   Filed 07/26/05   Page 3 of 3

JUL. 20. 2005 10:49AM  FROM-BINGHAM MCCUTCHEN - SF  4155431961         NO. 9623   P. 7/19
Case 3:05-cv-02669-MHP   Document 15543 Filed 07/20/2005   Page 3 of 3   C-004

1

2   **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3        IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

4   Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

5   pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

6   1407, or, in the alternative, 45 days after any such motion has been denied.

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

8   Dated: July 25, 2005

                                                    _____
                                                    Honorable Marilyn Hall Patel
                                                    United States District Judge